IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

HASSAN MINOOEIFAR, an individual; )
and RAMOUNA MINOOEIFAR, an )
individual, )
                                                         )  2:10-cv-00382-GEB-KJM
                                                         )
          Plaintiffs,       )  ORDER SCHEDULING HEARING ON
                                                         )  PLAINTIFFS' EX PARTE
     v.                        )  APPLICATION FOR A TEMPORARY
                                                       )  RESTRAINING ORDER
CHASE MANHATTAN BANK, U.S.A., N.A; )
CHASE HOME FINANCING LLC; )
JPMORGAN CHASE BANK, N.A.; and )
TITLE TRUST DEED SERVICE COMPANY )
                                                         )
          Defendants.      )
_____)

         On February 15, 2010, Plaintiffs filed an ex parte application for a temporary restraining order ("TRO") and a request for a preliminary injunction seeking to enjoin defendants from "engaging in or performing any act to deprive plaintiffs of ownership or possession of the real property located at 211 Wesley Court, Roseville, California . . ., including by not limited to instituting, prosecuting or maintaining foreclosure or sale proceedings . . . ." (Ex Parte Application 1:23-26.) Plaintiffs' property is currently scheduled to be sold at a foreclosure sale occurring on February 18, 2010. (Id. 2:1.)

1    Plaintiffs' _ex_ _parte_ application for a TRO will be heard on
2 Wednesday, February 17, 2010 at 2:00 p.m. in Courtroom 10 in the
3 federal building located at 501 I Street in Sacramento, California.
4    Plaintiffs shall file proof of service of this Order on each
5 Defendant no later than 4:30 p.m. today, February 16, 2010.
6 Defendants may file an opposition no later than 11:00 a.m. on February
7 17, 2010.

Dated:  February 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge